UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Matthew Mance,                        )
                                      )
          Plaintiff,                  )
                                      )
Vs.                                   )   Case No.: 1:20-cv-1306
                                      )
AECOM, Inc., a foreign corporation    )
                                      )
          Defendant.                  )

## ANSWER

COMES NOW, Defendant, AECOM, Inc., a foreign corporation by and through its attorneys, Peter M. Westhoff and Hennessy & Roach, P.C., and for its Answer to Plaintiff's Complaint states as follows:

## PARTIES

1.   Defendant admits the allegations contained in Paragraph 1.

2.   Defendant admits it is a foreign corporation and that it is authorized to conduct and transact business within the State of Illinois but denies the remaining allegations in paragraph 2.

## VENUE

3.   Paragraph 3 states a legal conclusion to which no response is required. To the extent that any of the allegations in Paragraph 3 are deemed to require a response, Defendant denies same and demands strict proof thereof.

## WRONGFUL TERMINATION

4.   Defendant admits Plaintiff was employed by Defendant on April 5, 2018, but denies the remaining allegations contained Paragraph 4.

5.   Defendant denies the allegations contained in Paragraph 5.

6. Defendant admits Gerry Coulter was Plaintiff's supervisor but denies the remaining allegations contained in Paragraph 6.

7. Defendant denies the allegations contained in Paragraph 7.

8. Defendant admits on May 22, 2018, Plaintiff was terminated from his employment. Defendant denies the remaining allegations contained in Paragraph 8.

9. Defendant denies the allegations contained in Paragraph 9.

10. Paragraph 10 states a legal conclusion to which no response is required. To the extent that any allegations contained in Paragraph 10 are deemed to require a response, Defendant denies same and demands strict proof thereof.

11. Defendant denies the allegations contained in Paragraph 11.

12. Paragraph 12 states a legal conclusion to which no response is required. To the extent that any allegations contained in Paragraph 12 are deemed to require a response, Defendant denies same and demands strict proof thereof.

13. Defendant denies the allegations contained in Paragraph 13.

14. Defendant denies the allegations contained in Paragraph 14.

## AFFIRMATIVE DEFENSES

1. Further answering, and as an Affirmative Defense, Plaintiff's Complaint fails to state a claim upon which relief can be granted because Plaintiff was not injured on April 5, 2018 while in the course of his employment.

2. Further answering, and as an Affirmative Defense, Plaintiff was terminated due to his unavailability for work.

2. Further answering, and as an Affirmative Defense, Plaintiff has failed to mitigate his damages.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant, AECOM, Inc., a foreign corporation, prays this Court dismiss Plaintiff's Complaint, award

Defendant its costs incurred herein, and for such other and further relief that the Court deems just and proper under the circumstances.

**DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully submitted,

**HENNESSY & ROACH, P.C.**

*/s/ Peter M. Westhoff*
Peter M. Westhoff, #6279504
415 North 10th Street, Suite 200
St. Louis, MO  63101
(314) 231-0770
(314) 231-0990
pwesthoff@hennessyroach.com
**Attorneys for Defendant AECOM, Inc.**

**CERTIFICATE OF SERVICE**

The undersigned states that service of the above *Answer* was served by e-filing and/or electronic mail on this 28th day of August 2020.

Travis J. Dunn
Law Offices of Peter F. Ferracuti, P.C.
110 E. Main Street
Ottawa, IL 63150
tdunn@peterferracuti.com
**Attorneys for Plaintiff Matthew Mance**

*/s/ Peter M. Westhoff*

- 3 -